UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>             Plaintiff              )<br>                                      )<br>      v.                             )<br>                                      )<br> JORGE VARGAS-MENDEZ,                 )<br>                                      )<br>             Defendant               )<br>_____) | 1:07-cv-01455 LJO TAG (HC)<br><br>1:06-CR-00210-LJO<br><br>ORDER RESCINDING ORDER<br>OF SEPTEMBER 11, 2007 |

   On September 11, 2007, this Court entered an Order directing the Clerk of the Court to transfer this action to the Western District of Missouri.  Since that date, it has been determined that the Western District of Missouri does not wish to consent to the transfer of this matter.

   IT IS THEREFORE ORDERED that the Order dated  September 11, 2007, is rescinded and the criminal prosecution of this matter shall remain in the Eastern District of California, Fresno division.

   IT IS FURTHER ORDERED that the Clerk of this court open a new civil action for the Habeas Corpus petition which was filed in this matter on August 24, 2007.  All documents in this file associated with that petition shall be copied to the new case which shall then be transferred to the Western District of Missouri.

**IT IS SO ORDERED.**

**Dated:   October 2, 2007**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1